

**New Jersey**
430 Mountain Avenue, Suite 303
Murray Hill, NJ  07974

(212) 956-0897 Tel
(212) 956-1971 Fax

**Writer's Direct Dial:**
908.516.1059

**Writer's E-mail:**
pbauknight@fisherphillips.com

April 28, 2023

**Via ECF**
Honorable Rachel P. Kovner, U.S.D.J.
United States District Court
Eastern District of New York

      Re:    Hwang v. Columbia Omni Studio, LLC
            Civil Action No. : 1:23-cv-00546-RPK-RER

Dear Judge Kovner:

      This firm represents Defendant Columbia Omni Studio, LLC.  On March 29, 2023, the Court dismissed this matter as the parties advised that the matter was settled.   However, as the Court retained jurisdiction for 30 days following the dismissal to so-order any settlement documents filed within this time period, I write to address settlement and to respectfully request that Your Honor approve and so-order the Consent Decree enclosed herewith that has been executed by the Parties and their counsel.

      Thank you for your attention to this matter.

                                Respectfully,

                                PHILLIP C. BAUKNIGHT
                                For FISHER & PHILLIPS LLP

PCB:epg
cc:    All counsel of record (via ECF)

**Fisher & Phillips LLP**

Atlanta • Baltimore • Boston • Charlotte • Chicago • Cleveland • Columbia • Columbus • Dallas • Denver • Fort Lauderdale • Gulfport • Houston
Irvine • Kansas City • Las Vegas • Los Angeles • Louisville • Memphis • New Jersey • New Orleans • New York • Orlando • Philadelphia
Phoenix • Portland • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Tampa • Washington, DC

FP 46985552.1